945 F.2d 394
 Deitreich (Kenneth G., Eleanor)
v.
Consol-Pennsylvania Coal Company, Rhein Braun U.S.,
Monogahela Railway Company, Boggs (David), Pollock (Ewing),
Pollock, Pollock and Thomas, The Upshur Agency, Inc.,
Consolidated Coal Company, Rheinische Braunkohlenwerke,
Verkaufsgesellschaft (Maria Therese)
 NO. 90-3515
 United States Court of Appeals,
Third Circuit.
 SEP 24, 1991
 
 Appeal From: W.D.Pa.,
 Smith, J.,
 
 740 F.Supp. 1126
 
 1
 AFFIRMED.